ABRAHAM MILLER et al., Respondents, *v.* ISIDOR M. LEVEY et al., Defendants, and LADIES' MALBISH ARUMIM SOCIETY OF THE UPTOWN TALMUD TORAH, INC., Appellant.

(Argued October 18, 1929; decided November 19, 1929.)

*Harold Manheim* for appellant.

*Alvin C. Cass, Jacques W. Bacal* and *Jesse L. Rosenberg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.